IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| UNITED STATES OF AMERICA | : | Case No. 7:22cr36 |
| --- | --- | --- |
| v. | : : : | INFORMATION |
| KELLY GIVENS | : : | |

## COUNT ONE
(Misapplication of Bank Funds)

The United States Attorney charges:

1.   Beginning in or around March 2017 through in or around July 2020, in the Western District of Virginia, defendant **KELLY GIVENS**, being an officer, agent employee of FedStar Federal Credit Union, an institution the accounts of which are insured by the NCUA Board, with intent to injure and defraud FedStar Federal Credit Union, embezzled, abstracted and purloined the sum of moneys, funds, credits, securities, or other things of value in excess of $1,000 in aggregate value belonging to such institution, including, but not limited to:

| Date | Description | Amount |
| --- | --- | --- |
| March 17, 2017 | Women's Newton Running Shoes | $69.95 |
| January 12, 2019 | KEEN Men's Hiking Shoes | $91.99 |
| February 20, 2019 | Vivid Seats LLC | $150.16 |
| February 24, 2019 | Off Leash Training | $100.00 |
| July 7, 2019 | Kassie Reese Photography | $286.00 |

| | | |
|---|---|---|
| July 27, 2019 | Patio Umbrella | $129.99 |
| August 2, 2019 | 32 Inch Roku Smart LED TV | $129.99 |
| October 13, 2019 | Hair Remover Device | $85.99 |
| November 19, 2019 | Apple 32 GB iPod Touch | $198.50 |

2. All in violation of Title 18, United States Code, Section 657.

10/18/2022
Date

/s/ Christopher R. Kavanaugh
United States Attorney